UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA,
et al.,
    Plaintiffs,

v.                              CASE NUMBER: 97-1717 (HL)

WMS INDUSTRIES, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 9/10/99   Docket # 45<br>[ ] Plffs                     [X] Defts<br>[ ] Other<br><br>Title: Motion to Compel Discovery | **Granted.** The Court hereby **orders** the Hospital San Juan Capestrano to produce a true and exact copy of Eduardo Bidot's medical records in its possession, custody or control to Posadas' counsel, as requested in the subpoena duces tecum served on the hospital on August 3, 1999. |

| MOTION | ORDER |
|---|---|
| Date Filed: 10/15/99   Docket # 46<br>[X] Plffs                     [ ] Defts<br>[ ] Other<br><br>Title: Motion Requesting Extension of Time | **Granted.** Plaintiffs shall inform the Court of a settlement agreement or file an opposition to defendants' request for separate trials by **November 15, 1999.** No further extensions shall be granted. |

Date 11\9\99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:       EOD:

By:       #