UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO, et. al.,
    Plaintiffs,

v.    CASE NUMBER: 97-1717 (HL)

WMS INDUSTRIES, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 1/24/00<br>Docket # 50 & 51<br>[X] Plffs  [X] Defts  [ ] Other<br>Title: Motion To Compel | Plaintiffs shall produce all requested documents which have not been produced by **February 28, 2000**, or their claims shall be dismissed. Additionally, the Court warns co-plaintiff Javier Bidot Cruz specifically that **no further extensions shall be granted**, and his claims **will be dismissed** if he fails to comply with this deadline.<br><br>The Court notes that this discovery dispute regarding production of documents could have easily been resolved without application to the Court, and warns the parties in the future not to waste the Court's most precious resource: time. |

Date 2/15/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


