UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: OCTOBER 10, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**        **CASE NO. CIVIL 97-1717 (JAG)**

================================================================

HOMERO SAN ANTONIO MENDOZA            Attorneys:
                                      For Plaintiffs:

        VS
                                      For Defendant:
W M S INDUSTRIES

================================================================

By Order of the Court a status conference in the above-mentioned case is set for **TUESDAY, OCTOBER 24, 2000 AT 11:30 AM before Judge Garcia Gregory.**

Parties to be notified.

                                        _____
                                             LILY ALICEA
                                           COURTROOM DEPUTY

