UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                     DATE: OCTOBER 24, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:                   **CASE NO. CIVIL 97-1717 (JAG)**

===================================================================

| | |
|---|---|
| HOMERO SAN ANTONIO MENDOZA | Attorneys:<br>For Plantiff: MARY RIVERA MARTINEZ |
| VS | |
| W M S INDUSTRIES | For Defendant:<br>RAFAEL BAELLA<br>JAMES NOEL |

===================================================================

Case called for status conference. Theories of parties heard. Parties will have until December 15, 2000 to conclude all outstanding discovery. Defendant will have until January 15, 2001 to file a motion for summary judgment. Plaintiff has until February 15, 2001 to file its opposition.

Court sets a settlement conference for **March 7, 2001 at 10:30 AM.**

Parties to be notified.

_____
Andrés López, Law Clerk