UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA, ET AL

    Plaintiff(s)

    v.    CIVIL NUMBER: 97-1717 (JAG)

WMS INDUSTRIES, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/16/00<br><br>**Title:** Motion to Alter or Amend Minutes of October 24 Hearing<br><br>**Docket(s):** 59<br><br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | After the conference call that this Court had with all the parties on December 7, 2000 and there not being any objections to the motion tendered by the defendants, the Court hereby orders the amendment of the minutes of the status conference held on October 24, 2000 so that they reflect:<br><br>1. That the attorneys who were present for the plaintiffs were Mari Cele Rivera Martínez and Rafael Baella Silva.<br><br>2. That the attorney present for the defendants was James D. Noel.<br><br>3. That the discovery with respect to damages, including mitigation of damages and experts, was held in abeyance until after a decision by the Court on defendant's Motion for Summary Judgment, which is to be filed on or before January 15, 2001.<br><br>4. The third sentence of the minutes is amended to read as follows:<br><br>*"Parties will have until December 15, 2000 to conclude all outstanding discovery related to liability, since the discovery related to liability, since the discovery related to liability, since the discovery related to damages will be held in abeyance until after a decision on the Motion for summary Judgment that the defendant will be filing."* |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

