UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA, ET AL

    Plaintiff(s)

    v.                            **CIVIL NUMBER: 97-1717 (JAG)**

WMS INDUSTRIES, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/10/01<br>**Title:** Motion Requesting Extension of Deadline to File Dispositive Motions<br>**Docket(s):** 61<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | GRANTED. The Court grants defendants until February 16, 2001 to file their dispositive motions. |

Date: January 16, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge