UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-1717 (JAG)

WMS INDUSTRIES, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/16/01<br>**Title:** Motion for Authorization to File Documents in Spanish Pending Translation<br>**Docket(s):** 67<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] Other | **GRANTED**, subject to the translation being submitted within ten (10) days. |

**Date:** February 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge