UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA, ET AL

    **Plaintiff(s)**

    v.                                    CIVIL NUMBER: 97-1717 (JAG)

WMS INDUSTRIES, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/01/01<br>**Title:** Request that Settlement Conference be Re-Scheduled<br>**Docket(s):** 72<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** The settlement conference on this case is hereby rescheduled for **Thursday, May 10, 2001** at 3:30 p.m. |
| **Date:** March 6, 2001 | JAY A. GARCIA-GREGORY<br>U.S. District Judge |

73