UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    DATE: MAY 9, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. 97-1717 (JAG)**

================================================================
HOMERO SAN ANTONIO MENDOZA                Attorneys:

    VS

W M S INDUSTRIES

---

    The settlement conference set in the above-mentioned case for May 10, 2001 is hereby adjourned. Plaintiff shall file their opposition papers to defendant's motion for summary judgment on or before May 28, 2001. Defendants shall reply brief, if any, on or before June, 15, 2001.

    A settlement conference is set for Tuesday, June 19, 2001 at 4:00 PM. Parties notified by telephone

    Parties to be notified.

                                                           Lily Alicea-Courtroom Deputy


