# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA, ET AL

    **Plaintiff(s)**

    v.             **CIVIL NUMBER:** 97-1717 (JAG)

WMS INDUSTRIES, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/04/01<br>**Title:** Motion to Strike Reply<br>**Docket(s):** 76<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | DENIED. The reply shall be filed. Defendants shall file a sur-reply on or before May 25, 2001. |

Date: May 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge