UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                          DATE: JUNE 19, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**              **CASE NO. CIV 97-1717 (JAG)**

================================================================
HOMERO SAN ANTONIO MENDOZA                Attorneys:

               VS

W M S INDUSTRIES

---

   At the request of the parties, with the consent of the Court,

the settlement conference in the above-mentioned case set for

today is hereby rescheduled for FRIDAY, JUNE 29, 2001 AT 4:00 PM.

   Parties to be notified.


                                   _____
                                   Lily Alicea-Courtroom Deputy