UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:               DATE: JUNE 29, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**         CASE NO. 97-1717 (JAG)
================================================================

HOMERO SAN ANTONIO MENDOZA            Attorneys:

    VS

W M S INDUSTRIES

---

    Case called for settlement conference.  Parties appear before the Court and request a continuance of the settlement conference. Court grants the request and resets the same for July 10, 2001 at 4:00 PM.

    Parties to be notified.

 

                                                   *Lily Alicea*
                                    Lily Alicea-Courtroom Deputy


