UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                 DATE: JULY 10, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**         CASE NO. CV 97-1717 (JAG)
================================================================

| HOMERO SAN ANTONIO MENDOZA | Attorneys: RAFAEL BAELLA SILVA |
| | MARIE RIVERA MARTINEZ |
| VS | |
| W MS INDUSTRIEX | ELAINE MALDONADO |
| | JAMES NOEL HIGH |

Case called for settlement conference. Parties with the help of the Court engage in lengthy settlement negotiations. Both parties will inform their respective clients as to the discussions and will inform the Court. If they believe that another settlement conference is needed the same will be set

   Parties to be notified.

_____
Lily Alicea-Courtroom Deputy

