UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA, ET AL

Plaintiff(s)

v.                                  CIVIL NUMBER: 97-1717 (JAG)

WMS INDUSTRIES, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 05/29/01<br>Title: Motion to File Corrections<br>Docket(s): 82<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | GRANTED. |

Date: July 11, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge