UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA, ET AL

**Plaintiff(s)**

v.    CIVIL NUMBER: 97-1717 (JAG)

WMS INDUSTRIES, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/19/01<br>**Title:** Defendants' Motion Requesting Correction of Errata<br>**Docket(s):** 90<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** |

Date: July 23, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


