# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA, ET AL

    **Plaintiff(s)**

    v.                     **CIVIL NUMBER:** 97-1717 (JAG)

WMS INDUSTRIES, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/14/01<br>**Title:** Motion Requesting Extension of Time to Reply to Oppositions to Summary Judgment<br>**Docket(s):** 89<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | MOOT. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/19/01 (Tendered)<br>**Title:** Reply to Plaintiffs' Opposition to Motion for Partial Summary Judgment on Homero San Antonio and ADA Barreto's Claims<br>**Docket(s):**<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | The tendered reply shall be filed. |

Date: July 24, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


