UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**  DATE: OCTOBER 23, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**  CASE NO. CIVIL 97-1717 (JAG)

===================================================================

HOMERO SAN ANTONIO MENDOZA  Attorneys:

    VS

WMS INDUSTRIES

---

By Order of the Court the above-mentioned case is hereby set for a status conference before Judge Garcia Gregory on **THURSDAY, OCTOBER 25, 2001 AT 5:00 PM.**

Parties to be notified.

                                        _Lily Alicea_
                                        Lily Alicea-Courtroom Deputy

Notified by telephone
Mary Rivera Martinez
Rafael Baella
James Noel
10-23-01
LEA


