UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**　　　　　　　　　　DATE: OCTOBER 25, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**　　　　CASE NO. CIV 97-1717(JAG)

==================================================================
HOMERO SAN ANTONIO MENDOZA　　　　　Attorneys:

　　　　VS

W M S INDUSTRIES

---

In view of the fact that attorneys had conflict in their calendars the status conference in the above-mentioned case set for today is hereby vacated and set aside.

Parties to be notified.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Lily Alicea-Courtroom Deputy

Parties notified by telephone
10/24/01
LEA

