IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA,
et al

    Plaintiff(s)

    v.

WMS INDUSTRIES, ET AL

    Defendant(s)

CIVIL NO. 97-1717 (JAG)

### ORDER

A Settlement Conference in this case is set for **November 9, 2001** at **5:00 p.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of November, 2001.

JAY A. GARCIA-GREGORY
United States District Judge