IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA,
et al

   **Plaintiff(s)**

   v.                                    CIVIL NO. 97-1717 (JAG)

WMS INDUSTRIES, ET AL

   **Defendant(s)**

---

### ORDER

The Settlement Conference set for **Friday, November 9, 2001** at 5:00 p.m. is rescheduled for **Thursday, November 8, 2001** at 5:00 p.m.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of November, 2001.

_____
JAY A. GARCIA-GREGORY
United States District Judge

