UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA,
ET AL

    Plaintiffs

    v.                       CIVIL NO. 97-1717 (JAG)

WMS INDUSTRIES, ET AL

    Defendants

---

### ORDER

Upon examination of the parties' settlement agreement the Court orders plaintiffs to give notice of this order to Ada Alvarez Sánchez ("Alvarez"), Director of the Office of the Solicitor for Minor and Family Affairs, that an approval hearing will take place on Thursday, November 29, 2001 at 5:30 p.m.

Alvarez is ordered to appoint an assistant solicitor for review and approval of the settlement agreement as to the amounts assigned to Giselle Mesa Velázquez and Verónica Mesa Velázquez. Plaintiffs shall provide the assistant solicitor with a copy of the complaint and the settlement agreement. The assistant solicitor is bound by the confidentiality agreement executed by the parties.

The assistant solicitor shall submit its approval in writing



or at the hearing. Failure by the assistant solicitor to submit its approval in writing and/or to appear at the hearing shall be deemed by this Court to be an approval.

IT IS SO ORDERED

In San Juan, Puerto Rico, this 27th day of November 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge