## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO, et al

**Plaintiff(s)**

v.                                                    **CIVIL NO.**   97-1717 (JAG)

WMS INDUSTRIES, et al

**Defendant(s)**

──────────────────────────────

### JUDGMENT

Upon the Joint Verified Motion to Dismiss Under Fed. R. Civ. P. Rule 41(A)(1) Pertaining

Co-Plaintiff, Javier Bidot's Causes of Action (Docket 112) and the Joint Motion to Dismiss Under

Fed. R. Civ. P. Rule 41(a)(1) Pertaining All co-Plaintiffs' Causes of Action (Docket 111), and the

Court having approved a Settlement Agreement among all parties to the case filed under seal after

a hearing held December 5, 2001 wherein a settlement amount for two minor plaintiffs was approved

with the consent of an Assistant Solicitor General for Minors Affairs in Puerto Rico, the minors'

grandmother and the minors themselves, judgment is hereby entered dismissing this case in its

entirety with prejudice, said judgment to be firm, final and unapealable as of the date of its entry as

stipulated by the parties.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of December 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge