UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-1717 (JAG)

WMS INDUSTRIES, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/17/01<br>**Title:** Joint Request for Leave to File Second Motion Under Seal<br>**Docket(s):** 115 | GRANTED. |
| **Title:** Motion Under Seal<br>**Docket(s):** 116 | NOTED. |

[ ] Plff(s)    [ ] Dft(s)    [ ] Other

Date: December 19, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge