UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMERO SAN ANTONIO MENDOZA, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-1717 (JAG)

WMS INDUSTRIES, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/04/01<br>**Title:** Motion By dft Posadas de PR, Inc. for return of original documents filed under seal.<br>**Docket(s):** 118<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | GRANTED. |

Date: January 23, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 3 )
attys/pts
in ICMS
1/23/02

119