UNITED STATES DISTRICT OF PUERTO RICO
DISTRICT OF PUERTO RICO

San Antonio Mendoza et al.

vs.

WMS Industries et al

CIVIL NO. 97-1717 (JAG)

## DESCRIPTION OF MOTION

Date Filed: 9 / 9 / 02    Docket: 120    Title: Motion by Giselle Mesa-Velazquez, Veronica Mesa-Velazquez for Disbursement of Funds

☐ Plaintiff(s)   ☐ Defendant(s)   ☒ Other

## ORDER

☒ Granted   ☐ Moot
☐ Denied    ☐ Noted

October 11, 2002
Date

Jay A. García-Gregory
U.S. District Judge

FINANCE